AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Kate Adams, et al<br>*Plaintiff*<br>v.<br>Indiana Teen Challenge, Inc., et. al.<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-00700-MPB-MKK |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Kate Adams as Parent and Natural Guardian of E.A., a minor, Alysa Barnes, Breanna Bullis, et al .

Date: 07/06/2026

/s/ Molly K. McMath
*Attorney's signature*

Molly K. McMath, Atty. No. 38954-49
*Printed name and bar number*

CohenMalad, LLP
One Indiana Square
211 N. Pennsylvania, Suite 1400
Indianapolis, IN 46204
*Address*

mmcmath@cohenmalad.com
*E-mail address*

(317) 636-6481
*Telephone number*

(317) 636-2593
*FAX number*

Print Save As... Reset