UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EMILY DUPUIS, et al., Plaintiffs, v. INDIANA TEEN CHALLENGE, INC., D/B/A CENTRAL INDIANA TEEN CHALLENGE N/K/A/ THE REFUGE GIRLS ACADEMY, et al., Defendants. | ) | No. 1:26-cv-00700-MPB-MKK |

**SCHEDULING ORDER**

This cause is hereby set for a **JURY TRIAL** before the Honorable Matthew P. Brookman, United States District Judge on **FEBRUARY 7, 2028,** at 9:00 a.m., Indianapolis time (EST), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A **FINAL PRE-TRIAL CONFERENCE** is set for **JANUARY 11, 2028,** 9:00 a.m., Indianapolis time (EST), in Room 349 of the Birch Bayh Federal Building/U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

**SO ORDERED.**

Dated: August 6, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.